# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2025-0546
L.T. Case No. 16-2009-CF-10938-A

_____

MICHAEL FLOWERS,

　　Appellant,

　　v.

STATE OF FLORIDA,

　　Appellee.

_____

3.800 Appeal from the Circuit Court for Duval County.
Meredith Charbula, Judge.

Michael Flowers, Okeechobee, pro se.

James Uthmeier, Attorney General, and Kristie Regan, Assistant
Attorney General, Tallahassee, for Appellee.

April 29, 2025

PER CURIAM.

　　AFFIRMED. *See* Fla. R. App. P. 9.315(a).

HARRIS, BOATWRIGHT, and KILBANE, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____